AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Charles Riley,
*Plaintiff*

v.

Untied States Bankruptcy Court, Honorable David R. Duncan, Bruce M. Rose, Joyce S. Goodwin, William Ryan Hovis, Linda K. Barr, Chris Ballinger, John Timothy Stack, Stone Law Firm, Daniel A. Stone, Fabricio Cardoso Santos, Martha Fleming, Fleming & Whitt, PA, Pearce A. Fleming, D. Randolph Whitt, Eddye L. Lane, PA, Eddye L. Lane, Brian L. Boger Law Firm, Nationwide Mutual Insurance Company, Safeco Assurant Insurance of America, Assurant, Inc., Toyota Motor Credit, Lender Processing Services, Inc., LPS Default Solutions, Fidelity Southern Corporation, T.D. Service Company, Deutsche Bank National Trust Company as Trustee, Mortgage Electronic Registration Systems, Inc., Carrington Mortgage Services, LLC, and Trustee for Carrington Mortgage Loan Trust,
*Defendant*

)
)
)
)   Civil Action No. 3:22-cv-409-SAL
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

■ the plaintiff, Charles Riley, take nothing of the defendants, Untied States Bankruptcy Court, Honorable David R. Duncan, Bruce M. Rose, Joyce S. Goodwin, William Ryan Hovis, Linda K. Barr, Chris Ballinger, John Timothy Stack, Stone Law Firm, Daniel A. Stone, Fabricio Cardoso Santos, Martha Fleming, Fleming & Whitt, PA, Pearce A. Fleming, D. Randolph Whitt, Eddye L. Lane, PA, Eddye L. Lane, Brian L. Boger Law Firm, Nationwide Mutual Insurance Company, Safeco Assurant Insurance of America, Assurant, Inc., Toyota Motor Credit, Lender Processing Services, Inc., LPS Default Solutions, Fidelity Southern Corporation, T.D. Service Company, Deutsche Bank National Trust Company as Trustee, Mortgage Electronic Registration Systems, Inc., Carrington Mortgage Services, LLC, and Trustee for Carrington Mortgage Loan Trust, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable ___ presiding, and the jury has rendered a verdict. The plaintiffs _,_ recover from the defendant ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendations of the Honorable Shiva V. Hodges, United States District Magistrate Judge, which recommended summary dismissal of this action with prejudice.

*ROBIN L. BLUME, CLERK OF COURT*

Date:    August 4, 2022

s/Amanda Douglas Hilley

*Signature of Clerk or Deputy Clerk*